# United States District Court
## Northern District of New York
## Civil Judgment

----------------------------------------------

Nancy Ford,

                Plaintiff,

  -vs-                              LEAD CASE
                                        1:05-CV-1198 (NAM/RFT)

Ballston Spa Central School District;
Dr. John R. Gratto, et al,

                Defendants.

----------------------------------------------

Tracy Lynn Wall,

                Plaintiff,

                                        MEMBER CASE

  -vs-                              1:05-CV-1199 (NAM/RFT)

Ballston Spa Central School District;
Dr. John R. Gratto, et al,

                Defendants.

----------------------------------------------

[X]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED,

    The defendant's motion for summary judgment was granted based upon the undisputed facts, the defendants demonstrated there exists no genuine issue of material fact and are entitled to judgment as a matter of law.

    All of the above pursuant to the Memorandum, Decision and Order of Chief United States District Court Judge, Norman A. Mordue, dated March 13, 2008.

                                                            Clerk of Court

                                                            s/

Dated: March 13, 2008              ------------------------------------------

                                                          Marie N. Marra, Deputy Clerk